UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CYNTHIA JOHNSON ) | |
| ) | |
| v. ) | NO. 2:05-CV-136 |
| ) | |
| HAMBLEN COUNTY JAIL, ROOKIE ) | |
| INMAN, BOBBY SMITH, and ) | |
| and NURSE LINDA ) | |

## **ORDER**

This is a prisoner's *pro se* civil rights action filed under 42 *U.S.C.* § 1983. On May 13, 2005, the Court entered an order, notifying the plaintiff of certain deficiencies in her lawsuit, specifically the omission of the filing fee or the documents required for pauper status. The plaintiff was forewarned that unless she corrected the deficiencies in a timely manner, the Court would assume she was not a pauper; assess the filing fee; and dismiss her case. Though the time allotted in the order for submission of the filing fee or the necessary pauper documents has now passed, the plaintiff has failed to respond or comply with the order.

Accordingly, the plaintiff is **ASSESSED** the civil filing fee of two-hundred and fifty dollars ($250.00), and this action is **DISMISSED** for want of

prosecution pursuant to *Fed. R. Civ. P.* 41(b). *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

2